**PERCILLALAW, LLC**

TELEPHONE (229) 432-5883　　　　502 N. JACKSON STREET　　　　E-MAIL: delp@percillalaw.com
FAX (229) 338-7030　　　　　　　　ALBANY, GEORGIA 31701

April 17, 2020

**VIA CERTIFIED MAIL NO.: 7018 0360 0001 5442 7774**
**RETURN RECEIPT REQUESTED**
United States Department of Health and Human Services
Regional Chief Counsel
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Suite 5M60
Atlanta, GA 30303-8909

Re:　Yovonda Jones
　　　Date(s) of Incident: October/November 2018

Dear Sir or Madam,

Enclosed you will find a Federal Tort Claim Form 95 for filing on behalf of Yovonda Jones, together with supporting documentation. If there is any further information which you need to evaluate this claim, please do not hesitate to contact me.

With Kindest Regards, I am,

　　　　　　　　　　　　　　　　Yours Truly,

　　　　　　　　　　　　　　　　*Kayla Bowden*
　　　　　　　　　　　　　　　　Kayla Bowden
　　　　　　　　　　　　　　　　Legal Assistant

DPJ/kmb
Enclosures
cc:
**VIA CERTIFIED MAIL NO.: 7018 0360 0001 5442 7781**
**RETURN RECEIPT REQUESTED**
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, DC 20201

**COMPLAINT - EXHIBIT A**

cc:
**VIA CERTIFIED MAIL NO.: 7018 0360 0001 5442 7798**
**RETURN RECEIPT REQUESTED**
Mr. Michael Goulding
Acting Associate General Counsel
General Law Division
U.S. Department of Health & Human Services
330 Independence Ave., S.W., RM 5362
Washington, DC 20201

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: United States Department of Health and Human Services C/O Regional Chief Counsel Sam Nunn Atlanta Federal Center 61 Forsyth Street, SW, Suite 5M60 Atlanta, GA 30303-8909 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) Yovonda Jones c/o Del Percilla, Jr., Attorney at Law 502 North Jackson Street Albany, GA 31701    Additional Information Attached as Exhibit A |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 07/28/1978 | 5. MARITAL STATUS Unmarried | 6. DATE AND DAY OF ACCIDENT October/November 2018 | 7. TIME (A.M. OR P.M.) Does Not Apply |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See Exhibit B

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Does Not Apply

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)
Does Not Apply

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
Sepsis related to retained products of conception resulting in permanent injury. See Exhibit B - disk with extracts of medical records and bills attached hereto as Exhibit C.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Names of medical providers are in medical records | |

12. (See instructions on reverse.)    **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $2,500,000.00 | N/A | $2,500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form (229) 432-5883 | 14. DATE OF SIGNATURE 04/17/2020 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109    NSN 7540-00-634-4046    STANDARD FORM 95 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. | | |
| 15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No | | |
| 16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No | | 17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.) <br> Does Not Apply | | |
| 19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No | | |

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;
  - for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047





# USPS Tracking®

Track Another Package

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $3.55
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)  $2.85
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $1.80
Total Postage and Fees: $8.20

Sent To: US Dept. of HHS
Street and Apt. No., or PO Box No.: Hubert H. Humphrey Bldg. 200 Independence Ave SW
City, State, ZIP+4®: Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0360 0001 5442 7781

**Tracking Number:** 70180360000154427781

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on April 22, 2020 in WASHINGTON, DC 20201.

## ✓ Delivered

April 22, 2020 at 11:40 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

April 22, 2020, 11:40 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 11:40 am on April 22, 2020 in WASHINGTON, DC 20201.

April 22, 2020, 6:30 am
Arrived at Unit
WASHINGTON, DC 20018

April 21, 2020
In Transit to Next Facility

April 19, 2020, 10:48 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

April 18, 2020, 1:30 am
Departed USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

April 17, 2020, 11:29 pm
Arrived at USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

**Product Information** ⌄

Feedback

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.55
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ 2.85
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage $ 1.80
Total Postage and Fees $ 8.20

Sent To: Acting Assoc. Gen. Counsel, Gen. Law Division
Michael Goulding   US Dept. HHS
Street and Apt. No., or PO Box No.
330 Independence Ave SW Rm 5362
City, State, ZIP+4
Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Tracking Number: 70180360000154427798

Track Another Package

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on April 22, 2020 in WASHINGTON, DC 20201.

## ✓ Delivered

April 22, 2020 at 11:40 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201

Get Updates ∨

---

**Text & Email Updates**   ∨

---

**Tracking History**   ∧

April 22, 2020, 11:40 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 11:40 am on April 22, 2020 in WASHINGTON, DC 20201.

April 22, 2020, 6:30 am
Arrived at Unit
WASHINGTON, DC 20018

April 21, 2020
In Transit to Next Facility

April 19, 2020, 10:48 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

April 18, 2020, 1:30 am
Departed USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

April 17, 2020, 11:29 pm
Arrived at USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

**Product Information**

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**