## AFFIDAVIT OF BARRY SLOTKY, M.D., M.S.

COMES NOW Dr. Barry Slotky who after being sworn deposes and states as follows:

1.

Affiant is a licensed Medical Doctor actively practicing medicine in the specialty of obstetrics and gynecology.

2.

Affiant has reviewed medical records pertaining to the hospitalizations of Yovonda Jones in October and November of 2018 and rendered a report thereon which was incorporated in the Federal Tort Claim Form 95 filing on behalf of Ms. Jones.

3.

Attached hereto as "Exhibit A" is a copy of the report referred to in the paragraph hereinabove and Affiant by reference reiterates, realleges and adopts said report in its entirety as presently representing Affiant's opinion as to the medical care received by Ms. Jones during the aforementioned hospitalizations.

FURTHER AFFIANT SAYETH NOT.

_____
Barry Slotky, M.D.

Page 1 of 2

**COMPLAINT - EXHIBIT B**

Sworn to and subscribed before me,
this 12 day of Oct , 2020.

Elizabeth W. /s/
NOTARY PUBLIC
My commission expires: 04/30/2022

OFFICIAL SEAL
ELIZABETH WIGGS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/30/22

Yovonda Jones

Ms. Jones, date of birth 07/28/1978, is a 40 year old woman who was 16 weeks pregnant on 10/20/2018 when she presented to the Emergency Room (ER) of Phoebe Putney Memorial Hospital, Albany, Georgia, complaining of vaginal bleeding.

Her hemoglobin at her physician's office was 11.9 on 09/06/2018 and 10.1 on 09/21/2018.

During her ER visit, an ultrasound examination demonstrated absent amniotic fluid within the uterine cavity, and a moderate amount of anechoic fluid was seen within the vaginal vault, suggestive of ruptured membranes to the reporting radiologist. Fetal bradycardia (slow heart rate of 107 to 122 beats/minute) was noted as well as an open cervix.  These findings were consistent with an inevitable abortion.. Directed physical examination in the ER revealed an open cervix with tissue visible in the canal, confirming that diagnosis.  At 0352 on 10/21/2018, Ms. Jones was admitted from the ER to the OB service for "expectant management."  Her initial laboratory report from 2346 on 10/20/2018 showed a hemoglobin of 11.8 with a normal white blood cell count (wbc) of 7.4.

At 10 am on 10/21/2018, the patient spontaneously delivered a stillborn male fetus that weighed 9.348 ounces and had Apgar scores of 0/0/0 at 1, 5, and 10 minutes, respectively.  The placenta and membranes did not deliver with or immediately after the fetus, and vaginal administration of Cytotec was begun to augment uterine contractions to affect their expulsion.  Ms. Jones received four doses of vaginal Cytotec.

The volume of the patient's vaginal bleeding began to increase on the morning of 10/22/2018, and the nurses' notes reflected passage of clots ("large baseball sized, softball size, grapefruit size") over the course of the morning hours.  Two of the larger clots were weighed, totaling 389 grams, equivalent to 389 ml of blood loss.

At 0600, nursing staff paged Dr. Dzikunu regarding the patient's passage of a large clot in the toilet and also about her tachycardia

**EXHIBIT A**

At 0827, Dr. Dzikunu did a speculum examination at the bedside and attempted to manually deliver the patient's placenta. There was no mention of the method or methods used to attempt the placental removal. There was no documentation of any tissue recovered during this procedure being sent to the pathology laboratory for examination or any mention of antibiotic treatment – prophylactic or therapeutic – associated with this procedure.

Dr. Dzikunu's progress note at 0914 on 10/22/18 indicated her plan "to await delivery of placenta," adding that if the placenta remained undelivered by later that afternoon, "… will plan for D and C as long as the bleeding remains stable."

The patient had been afebrile on the morning of 10/22/18, and her pulse had varied from 115 to 128 beats/minute

Nursing staff had paged Dr. Kwarteng at 1025 because of the patient's continued vaginal bleeding and passage of clots; he was at the bedside at 1103, where he performed a manual removal of the placenta. There was no mention of an ultrasound evaluation in association with or after the placental removal procedure to determine if the products of conception had been removed or were still present; there was also no mention of any antibiotic treatment – prophylactic or therapeutic – associated with this procedure either.

An order was obtained at 1231 to send the tissue recovered during the procedure the pathology laboratory for examination. The pathology report mentioned the "scant" amount of membranes, the "scant" amount of tissue from the fetal surface of the placenta, and the "scant" amount of placental parenchyma; the final diagnosis was "immature chorionic villi, acutely inflamed decidua, blood clots and scattered calcifications."

The patient's hemoglobin, which had been 11.8 grams late on 10/20/2018, was noted to be 10.8 grams after the morning bleeding and the placental removal.

She remained afebrile throughout the rest of 10/22/2018 and the early morning hours of 10/23/18; her pulse from 1545 on 10/22/2018 to 0749 on 109/23/2018 ranged from 106 to 118 beats/minute.

After getting an injection of Depo-Provera for birth control, she was discharged on 10/23/2018 with instructions to follow up with her OB provider in four weeks

Case 1:20-cv-00204-LAG   Document 1-2   Filed 10/26/20   Page 5 of 9

Page **3** of **4**

The patient was seen again in the ER of Phoebe Putney Memorial Hospital late in the evening of 11/17/18, and readmitted early on 11/18/18. She was brought to the hospital by EMTs in response to a call about her passing out at home. Her heart rhythm was such that cardio version was attempted in the field. On admission, she had a rapid heart rate (tachycardia), a rectal temperature of 102.5 F, and a very low hemoglobin of 6.0.

After an ultrasound examination showed "echogenic material within the endometrial canal (that) measures 54 x 48 x 44 mm and may represent retained products of conception or blood products," the patient did have a suction D & C under general anesthesia. The pathology report's final diagnosis on the submitted tissue specimen was, "products of conception … fragments of chorionic villi (placenta) with infarction and necrosis consistent with products of conception … scant fragments of endometrium." The pathologist also noted, "Chorionic villi is grossly identified."

Triple antibiotic therapy was begun after her admission and continued during her stay at Phoebe Putney and at Emory Saint Josephs.

On admission, the patient was acutely ill with septic shock and was later additionally diagnosed with acute heart failure, acute hypovolemic respiratory failure requiring intubation, and acute renal failure. Despite the fact that Phoebe Putney is a tertiary care hospital, the patient's clinical status continued to deteriorate to the point where her critical care physicians deemed she would be best cared for at the Emory hospital. She was air-lifted to Emory Saint Josephs later that day and remained there until her discharge on 12/01/18.

During her hospitalizations at Phoebe Putney and later at Emory Saint Josephs, she received multiple transfusions of blood and blood products.

It is my opinion that the entire cascade of events experienced by Ms. Jones could have been vastly minimized or completely eliminated had she received antibiotic coverage for the at least two bedside examinations performed in unsuccessful attempts to remove her placenta and membranes. The patient's bag of waters had most likely ruptured prior to her first presentation to the Phoebe Putney ER (see

initial ultrasound report), and her open uterine cavity was thus already exposed to her vaginal flora, even without and before any placental removal attempts, digital, instrumental, or both.

An ultrasound performed after the second bedside examination in October 2018 would no doubt have revealed a similar amount of tissue in the endometrial cavity as was seen on her 11/18/18 readmission. Once that report was received, the standard of care would have been to perform a D & C, as had been noted earlier by one of her attending physicians. That endometrial tissue was a perfect culture medium for any bacteria that were already present there or that were subsequently introduced during the placental removal attempts. A curettage done at that time (covered by antibiotics) would have removed most or all of the retained tissue and decreased or eliminated the sepsis that not surprisingly developed later.

The patient was 40 years of age and had anemia, chronic hypertension and insulin-dependent diabetes as co-morbidities. That said, these factors did not cause her sepsis. An argument could be made, however, that her age and her medical problems mandated she receive the additional care (antibiotics, ultrasound, D & C) she did not get at her October, 2018, admission.

Given Ms. Jones' risk factors by virtue of her age, her medical co-morbidities, the care she received at Phoebe Putney in October, 2018, and the high likelihood of her developing infection, increased bleeding, and worsening anemia after discharge, dismissing her with instructions not to be seen in before four weeks prohibited her care-givers from assessing her status prior to her development of fulminant sepsis.

The above are my primary opinions that do not encompass all my opinions regarding the care of Ms. Jones

Barry Slotky, MD

# CURRICULUM VITAE

## BARRY SLOTKY, M.D., M.S.

804 IRONWOOD C.C. DR.

NORMAL, ILLINOIS 61761

Born: September 5, 1941

## PRE-MEDICAL EDUCATION

The University of Michigan, Ann Arbor, MI; 1963, B.A., History

## MEDICAL SCHOOL

University of Illinois, Chicago, IL; 1969, M.D.

## ROTATING INTERNSHIP

William Beaumont Hospital, Royal Oak, MI; 1969-1970

## OB/GYN RESIDENCY

William Beaumont Hospital, Royal Oak, MI; 1970-1973

## ADVANCED DEGREE

University of Illinois, Chicago, IL; 2012, Master of Science, Patient Safety Leadership

## SPECIALTY BOARD CERTIFICATION

Diplomate, National Board of Medical Examiners

Board certified, American Board of Obstetrics and Gynecology, 1975

   Recertified 1983, 1999, 2001 – present

Diplomate, American Board of Quality Assurance and Utilization Review Physicians, 1988 -- present

## PROFESSIONAL SOCIETIES

American Medical Association

Illinois State Medical Society

McLean County Medical Society

Fellow, American College of Obstetricians and Gynecologists

Member, Society of OB/GYN Hospitalists

**HOSPITAL APPOINTMENTS**

    OSF Saint Joseph Medical Center, Bloomington, IL – 1973 -- 2019

    Advocate BroMenn Medical Center, Normal, IL – 1974 -- 2018

**TEACHING AFFILIATION**

    Former Clinical Associate, University of Illinois College of Medicine, Urbana, IL

    Former Clinical Assistant Professor, Southern Illinois University School of Medicine, Springfield, IL

**ADVISOR**

    Medical Director, Planned Parenthood, McLean County, IL, 1975-1990

**QUALITY ASSURANCE/UTILIZATION REVIEW EXPERIENCE**

    Utilization Review Committee, OSF St. Joseph Medical Center, Bloomington, IL

        Member, 1974-1991

        Chairman, 1975-1991

    Quality Management Council, OSF St. Joseph Medical Center, Bloomington, IL

        Member, 1991-2003

    Physician Advisor and Reviewer for P.S.R.O. in Central Illinois

    Physician Advisor and Reviewer for CIMRO (Central Illinois Medical Review Organization), the P.R.O. in central Illinois

    Member and current President, Board of Directors/Executive Committee, CIMRO

    Former Member, C.M.E. Committee and current Board Member, American Board of Quality Assurance and Utilization Review Physicians (ABQAURP)

    Former physician reviewer, private review firms (Intracorp and National Medical Audit)

    Member, Claims & Underwriting Committee, ProAssurance, 2007 – 2015

**PRACTICE EXPERIENCE**

    Private practice, Obstetrics and Gynecology, Bloomington, IL; 1973-2015

**OB HOSPITALIST EXPERIENCE**

    Advocate BroMenn Medical Center, Normal, IL; 2012-2015

    Team Lead, Cox South Hospital, Springfield, MO; 6/2013 – 1/2015

    Team Lead, Memorial Medical Center, Springfield, IL; 1/2015 – 12/2017

    Team member and former Team Lead, UnityPoint Health, Moline, IL; 1/2018 -- present

**PUBLICATIONS**

    Slotky, B., Shrivastav, R., Lee, B.: Massive Edema of the Ovary. Obstet Gynecol 1982; 59:925